# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

**TRADESMEN INTERNATIONAL, INC.,**

      **Plaintiff,**

v.

**JOHN BLACK, RYAN BOYER, PROFESSIONAL LABOR SUPPORT LLC, and TODD WALKER,**

      **Defendants.**

Case No. 10-2098

## ORDER

In September 2013, Defendants John Black, Ryan Boyer, Professional Labor Support LLC, and Todd Walker filed a Motion To Direct Entry of Final Judgment Under Rule 54(b) (#120).  Plaintiff objects.

Upon reviewing Defendants' motion, the Court finds that the November 7, 2011 Order (#85) and Judgment (#86) finally resolved all of the claims that Plaintiff Tradesmen International filed against Defendants and should be considered final for purposes of Federal Rule of Civil Procedure 54(b).  The Court further finds that there is no just reason to delay any appeal from the November 7, 2011 Order and Judgment.  The Court makes this finding after considering the nature of the claims that the Court resolved under the November 7, 2011 Order and Judgment, the equities of the case, the length of time that is likely to pass before the Court can resolve any remaining claims in this case against Defendant Ryan Ellis, and the judicial administrative interest in avoiding piecemeal appeals.

As a result, Court **GRANTS** Defendants' Motion To Direct Entry of Final Judgment Under Rule 54(b) **(#120)** and directs the Clerk of Court to enter final judgment under Federal

Rule of Civil Procedure 54(b) as to the November 7, 2011 Order and Judgment in favor of Defendants John Black, Ryan Boyer, Professional Labor Support LLC, and Todd Walker.

ENTERED this 20th day of November, 2013.

s/DAVID G. BERNTHAL
UNITED STATES MAGISTRATE JUDGE